United States District Court
Southern District of Texas
**ENTERED**
August 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TradeWinds Towing, LLC, | § § | |
| Plaintiff, | § § | C.A. NO. 16-115 |
| v. | § § | |
| Bay Bridge Texas, LLC, | § § | IN ADMIRALTY, Rule 9(h) |
| Defendant. | § § | |

## CONSENT JUDGMENT

Defendant Bay Bridge Texas, LLC ("Bay Bridge") consents to have judgment taken against it in favor of Plaintiff TradeWinds Towing, LLC ("TradeWinds") in the amount of One Hundred Fifty Thousand Dollars ($150,000) and $450 costs. The Judgment shall bear interest pursuant to 28 U.S.C. § 1961. All claims and counterclaims otherwise are dismissed with prejudice.

Dated: August 19, 2016.

/s/ J. Stephen Simms
J. Stephen Simms (admitted *pro hac vice*)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone:   410-783-5795
Facsimile:   410-510-1789
jssimms@simmsshowers.com

Tradewinds Towing Counsel

By: /s/ James H. Hunter
James H. Hunter
Attorney-in-Charge
State Bar No. 00784311
Fed. ID No. 15703
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377 (Telephone)
(956) 542-4370 (Facsimile)
ATTORNEY FOR DEFENDANTS
BAY BRIDGE TEXAS, LLC.

APPROVED AND SO ORDERED this 29th day of August, 2016.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE